## Exhibit A

## Knowledge Persons

David G. Peek

_____
_____

Phone:
Facsimile:

## SCHEDULE 1.1(a)-TRADEMARKS

## United States Federal Trademark Registrations

| Trademark. Service Mark | Reg. No (Serial No.) | Reg./Renewal Date (Filing Data) | Descriptions/Goods | Status |
|---|---|---|---|---|
| (duck head logo) | 1,998,536 74/446,718 | 9/3/2016 (10/13/93) | Small articles made of leather – wallets, billfolds | Section 8 and renewal due 9/3/2016 |
| (duck head logo) | 1,941,462 (74/407,787) | 12/12/2005 (6/30/1993) | Eyewear | Section 8 and renewal due 12/12/2015 |
| (duck head logo) | 3,079,354 (78/602,923) | 4/11/2006 (4/6/2005) | Pants, shirts, jackets, shoes | Section 8 and 15 renewal due 5/29/2016 |
| (duck head logo) | 1,468,430 (73/657,870) | 8/1/2017 (4/28/1987) | Men's pants, shirts, hats, ladies and children's pants | Section 8 and Renewal due 12/08/2017 |
| (pocket logo) | 3,051,629 (78/362,303) | 1/24/2006 (2/4/2004) | Pants and Shirts | Section 8 and 15 due 1/24/2012 |
| (duck head logo) | 3,373,512 (77011489) | 1/22/2008 (10/2/2006) | Tops and Bottoms | Section 8 and 15 due 1/22/2014 |
| DHX | 2,675,429 (76/046,859) | 1/14/2003 (5/12/2000) | Apparel for men's, women's, boy's | Section 8 and 15 due 1/14/2009. Not filed – in 6 mo. Grace period ending 7/14/2009 |
| DHX SPORT | 2,675,428 (76/046,858) | 1/14/2003 (5/12/2000) | Men's and Women's sports apparel | Section 8 and 15 due 1/14/2009. Not filed – in 6 mo. Grace period ending 7/14/2009 |
| DUCK HEAD JEANS CO. | 3,149,522 (78/404,943) | 9/26/2006 (04/20/2004) | Shirts and pants | Section 8 and 15 due 9/26/2012 |
| DUCK HEAD | 817,443 (72/235,327) | 10/25/2016 (12/27/1965) | Coats, vests, overalls, men's/women's jeans and shirts | Section 8 and Renewal due 10/25/2016 |

| Trademark | Reg. No. (App. No.) | Reg./Renewal Date | Goods | Status |
|---|---|---|---|---|
| DUCK HEAD | 1,651,551 (74/081,288) | 7/23/2011 (7/23/1990) | Shoes | Section 8 and Renewal due 7/23/2011 |
| DHX DRY | 3,088,621 (78/447,559) | 5/2/2006 (7/8/2004) | Men's and Women's sports apparel | Section 8 and 15 due 5/2/2012 |
| DUCK HEAD SPORT | 3,071,997 (78/418,651) | 3/21/2006 (5/14/2004) | Sports bottoms, jogging suits, socks, hats, swimwear | Section 8 and 15 due 3/21/2012 |
| [logo] | 1,468,429 (73/657,869) | 12/8/2017 (4/28/1987) | Men's pants, shirts, overalls, ladies and children's pants | Section 8 and Renewal due 12/8/2017 |
| [logo] | 1,832,781 (74/080,591) | 4/26/2014 (7/23/1990) | Shoes, belts | Section 8 and Renewal due 4/26/2014 |
| Duck Head EXPEDITION *1865* | 1,949,457 (74/457,158) | 1/16/2016 (11/12/1993) | Footwear and clothing | Section 8 and Renewal due 1/16/2016 |
| [logo] | 1,860,982 (74/301,136) | 11/27/2004 (8/4/1992) | Men's pants, shirts, ladies and children's pants | Section 8 and Renewal due 11/1/2014 |
| DHJC | 3,022,038 (78/405,399) | 11/29/2005 (4/21/2004) | Pants, shorts, shirts, blouses | Section 8 and 15 due 5/29/2011 |
| DUCK HEAD BABY | 2,974,640 (78/419,112) | 7/19/2005 (5/14/2004) | Babies sleepers, creepers, coveralls and bottom/top sets | Section 8 and 15 due 1/19/2011 |
| [duck logo] | 0053255 71/001/007 | 5/29/1906 4/10/2905 | Coats, Vests, Trousers | Section 8 and renewal due 5/29/2016 |

Foreign Trademark Registrations

| Country | Trademark | Reg. No. (App. No.) | Reg./Renewal Date | Record Owner | Status |
|---|---|---|---|---|---|
| Antigua | Duck Head | 2,428 | 9/27/2016 | Goody's Family Clothing, Inc. | Registered |
| Antigua | Duck Head (Design) | 2,429 | 9/7/2016 | Goody's Family Clothing, Inc. | Registered |
| Aruba | Duck Head | REG# 25102 | 6/06/2014 | Goody's Family Clothing, Inc. | Registered |

| Country | Trademark | Reg. No. (App. No.) | Reg./ Renewal Date | Record Owner | Status |
|---|---|---|---|---|---|
| Aruba | Duck Head (Design) | REG# | 6/06/2014 | Goody's Family Clothing, Inc. | Registered |
| Australia | Duck Head | 705,991 | 4/10/2016 | Goody's Family Clothing, Inc. | Registered |
| Australia | Duck Head (Design) | 705,990 | 4/10/2006 | Goody's Family Clothing, Inc. | Registered |
| Barbados | Duck Head | (81/10991) | 2/2/2010 | Goody's Family Clothing, Inc. | Registered |
| Barbados | Duck Head (Design) | (81/10992) | 2/2/2010 | Goody's Family Clothing, Inc. | Registered |
| Belize | Duck Head | 2407.04 | 6/03/2014 | Goody's Family Clothing, Inc. | Registered |
| Belize | Duck Head (Design) | 2408.04 | 6/03/2014 | Goody's Family Clothing, Inc. | Registered |
| Benelux | Duck Head | 476,771 | (2/1/2010) | Goody's Family Clothing, Inc. | Registered |
| Benelux | Duck Head (Design) | 470,118 | (2/1/2000) | Goody's Family Clothing, Inc. | Registered |
| British Virgin Islands [Tortola/VI] | Duck Head (Design) | 2,205 | 9/07/2016 | Goody's Family Clothing, Inc. | Registered |
| British Virgin Islands [Tortola/VI] | Duck Head | 2,206 | 9/07/2016 | Goody's Family Clothing, Inc. | Registered |
| Canada | Duck Head | 383,536 (639,943) | 4/26/2021 | Goody's Family Clothing, Inc. | Registered |
| Canada | Duck Head | 401,986 | 8/28/1992 | Goody's Family Clothing, Inc. | Abandoned (See 383536) |
| Canada | Duck Head (Design) | 388,583 (639,945) | 9/6/2021 | Goody's Family Clothing, Inc. | Registered |
| Canada | Duck Head and Design | 404,527 (673,662) | 11/6/1992 | Goody's Family Clothing, Inc. | Abandoned (See 388583) |

| Country | Trademark | Reg. No. (App. No.) | Reg./ Renewal Date | Record Owner | Status |
|---|---|---|---|---|---|
| Cayman Island | Duck Head | 1,397,329 | 9/07/2016 | Goody's Family Clothing, Inc. | Registered |
| Cayman Island | Duck Head (Design) | 1,397,334 | 9/07/2016 | Goody's Family Clothing, Inc. | Registered |
| Chile | Baby Duck Head | 701111 (renewal Reg. No.) 425.386 (182.270) | 4/19/2014 | Goody's Family Clothing, Inc. | Registered |
| Chile | Duck Head | 554.119 (401.781) | 11/25/2009 | Goody's Family Clothing, Inc. | Registered |
| Chile | Duck Head (Design) | 546.455 (391.891) | 8/19/2009 | Goody's Family Clothing, Inc. | Registered |
| China | Duck Head | 674867 | 1/26/2014 | Goody's Family Clothing, Inc. | Registered |
| Colombia | Duck Head | 318,901 | 12/8/2015 | Goody's Family Clothing, Inc. | Registered |
| Colombia | Duck Head and Design | 318,900 | 12/8/2005 | Goody's Family Clothing, Inc. | Registered |
| El Salvador | Duck Head | 20040052017 | | Goody's Family Clothing, Inc. | Abandoned |
| European Community | Duck Head | 3810413 | 4/30/2014 | Goody's Family Clothing, Inc. | Registered |
| European Community | Duck Head (Design) | 3810595 | 4/30/2014 | Goody's Family Clothing, Inc. | Registered |
| France | Duck Head | 1,554,022 | 10/5/2009 | Goody's Family Clothing, Inc. | Registered |
| France | Duck Head (Design) | 1,554,014 | 10/5/2009 | Goody's Family Clothing, Inc. | Registered |
| Germany | Duck Head | 1177457 | 8/03/2009 | Goody's Family Clothing, Inc. | Registered |
| Germany | Duck Head (Design) | 1166060 | 11/30/2009 | Goody's Family Clothing, Inc. | Registered |

| Country | Trademark | Reg. No. (App. No.) | Reg./ Renewal Date | Record Owner | Status |
|---|---|---|---|---|---|
| Guyana | Duck Head | 14,113A | 5/28/2014 | Goody's Family Clothing, Inc. | Registered |
| Guyana | Duck Head (Design) | 14,114A | 5/28/2014 | Goody's Family Clothing, Inc. | Registered |
| Hong Kong | Duck Head | 11303/96 | 2/08/2014 | Goody's Family Clothing, Inc. | Registered |
| Hong Kong | Duck Head (Design) | 01971/95 | 2/08/2014 | Goody's Family Clothing, Inc. | Registered |
| India | Duck Head (Design) | 1,421,762 (704970) | 2/23/2008 (2/15/2006) | Goody's Family Clothing, Inc. | Registered |
| India | Duck Head (Word) | 1,421,763 (680485) | 2/23/2008 (2/15/2006) | Goody's Family Clothing, Inc. | Registered |
| Italy | Duck Head | 915109 (Renewal Reg. No.) (MI-2000-C-007020) 585089 (Prev. Reg. No.) | 10/28/2010 | Goody's Family Clothing, Inc. | Registered |

| Country | Trademark | Reg. No. (App. No.) | Reg./ Renewal Date | Record Owner | Registered, Renewed, Pending |
|---|---|---|---|---|---|
| Italy | Duck Head (Design) | 915110 (Renewal Reg. No.) (MI-2000-C-007021) 585090 (Previous Reg. No.) | 10/28/2010 | Goody's Family Clothing, Inc. | Registered |
| Jamaica | Duck Head (Design) | 45,304 | 6/04/2014 | Goody's Family Clothing, Inc. | Registered |
| Jamaica | Duck Head | 45,305 | 5/14/2014 | Goody's Family Clothing, Inc. | Registered |
| Japan | Baby Duck Head | 4,270,077 (H09-153689) | 5/7/2009 | Goody's Family Clothing, Inc. | Registered |
| Japan | Duck Head | 4,828,347 | 12/24/2014 | Goody's Family Clothing, Inc. | Registered |
| Japan | Duck Head (Design) | 4,828,348 | 12/24/2014 | Goody's Family Clothing, Inc. | Registered |
| Japan | Duck Head Expedition 1865 | 4,629,954 (2002-15587) | 12/13/2012 | Goody's Family Clothing, Inc. | Registered |
| Malaysia | Duck Head | 96004495 | 6/10/2004 4/30/2013 | Goody's Family Clothing, Inc. | Registered |
| Mexico | Duck Head | 398582 | 3/30/2010 | Goody's Family Clothing, Inc. | Registered |
| Mexico | Duck Head and Design | 419022 | 3/30/2010 | Goody's Family Clothing, Inc. | Registered |
| Netherlands Antilles | Duck Head | 01770 | 1/02/2016 | Goody's Family Clothing, Inc. | Registered |
| Netherlands Antilles | Duck Head and Design | 01769 | 1/02/2016 | Goody's Family Clothing, Inc. | Registered |
| Nicaragua | Duck Head | 31,959 C.C. | 6/23/2015 | Goody's Family Clothing, Inc. | Registered |
| Nicaragua | Duck Head (Design) | 27.669 C.C. | 2/16/2015 | Goody's Family Clothing, Inc. | Registered |

| Country | Trademark | Reg. No. (App. No.) | Reg./ Renewal Date | Record Owner | Registered, Renewed, Pending |
|---|---|---|---|---|---|
| Russian Federation | Duck Head | 287454 | 4/21/2005 | Goody's Family Clothing, Inc. | Registered |
| Russian Federation | Duck Head (Design) | 298294 | 5/27/2014 | Goody's Family Clothing, Inc. | Registered |
| Singapore | Duck Head (Design) | T96/04354 | 5/2/2016 | Goody's Family Clothing, Inc. | Registered |
| South Africa | Duck Head | 918,604 | 10/14/2016 | Goody's Family Clothing, Inc. | Registered |
| South Africa | Duck Head (Design) | 918,605 | 10/14/2011 | Goody's Family Clothing, Inc. | Registered |
| South Africa | Duck Head (Design) | 918,606 | 10/14/2016 | Goody's Family Clothing, Inc. | Registered |
| Sri Lanka | Duck Head | 78,474 | 4/30/2006 | Goody's Family Clothing, Inc. | Registered |
| Sri Lanka | Duck Head (Design) | 78,472 | 4/30/2016 | Goody's Family Clothing, Inc. | Registered |
| St Vincent/ Grenadines | Duck Head | 54 / 1996 | 2/24/2016 | Goody's Family Clothing, Inc. | Registered |
| St Vincent/ Grenadines | Duck Head (Design) | 53 / 1996 | 2/24/2016 | Goody's Family Clothing, Inc. | Registered |
| Suriname | Duck Head and Design | 19166 | 6/14/2014 | Goody's Family Clothing, Inc. | Registered |
| Sweden | Baby Duck Head | 237472 | 7/3/2012 | Goody's Family Clothing, Inc. | Registered |
| Sweden | Baby Duck Head (Design) | 237473 | 7/3/2012 | Goody's Family Clothing, Inc. | Registered |
| Sweden | Duck Head | 237474 | 7/3/1992 | Goody's Family Clothing, Inc. | Registered |
| Sweden | Duck Head (Design) | 237475 | 12/3/2017 | Goody's Family Clothing, Inc. | Registered |
| Taiwan | Duck Head | 791188 | 12/31/2017 | Goody's Family Clothing, Inc. | Registered |

| Country | Trademark | Reg. No. (App. No.) | Reg./ Renewal Date | Record Owner | Registered, Renewed, Pending |
|---|---|---|---|---|---|
| Trinidad | Duck Head (Design) | 25,408 | 5/02/2016 | Goody's Family Clothing, Inc. | Registered |
| Trinidad | Duck Head (Word) | 25,409 | 6/2/2014 | Goody's Family Clothing, Inc. | Registered |
| Turks-Caicos | Duck Head | 13559 | 4/30/2010 | Goody's Family Clothing, Inc. | Registered |
| Turks-Caicos | Duck Head (Design) | 13558 | 4/30/2010 | Goody's Family Clothing, Inc. | Registered |
| United Kingdom | Duck Head | 1397329 | 9/6/2016 | Goody's Family Clothing, Inc. | Registered |
| United Kingdom | Duck Head (Design) | 1397334 | 9/7/2016 | Goody's Family Clothing, Inc. | Registered |

## SCHEDULE 1.1(b)-DOMAIN NAMES

| Domain Name | Registration Date | Expiration Date | Record Owner | Status |
|---|---|---|---|---|
| Duckhead.com | 8/6/1996 | 8/5/2010 | Goody's Family Clothing | Registered |

## SCHEDULE 6.3 – PURCHASE PRICE ALLOCATION

To be delivered by Buyer no later than one business day prior to Closing

# EXHIBIT 1.1(d)

Old Dominion License Agreement

To be delivered by Seller

# EXHIBIT 3.2(a)

Form of Assignment Agreements

## UNITED STATES AND CANADA

## INTELLECTUAL PROPERTY AND DOMAIN NAME ASSIGNMENT

This INTELLECTUAL PROPERTY AND DOMAIN NAME ASSIGNMENT (this "Assignment"), effective the ___ day of _____, 200__, is made and entered into by and between ( we will need US and Canada assignments, enter all registered owners and/or listed applicants of Duck Head trademarks in the US and Canada.) a _____ corporation, having a place of business at _____; and _____, a _____ corporation having offices at _____ on the one hand and (collectively "Assignor"), and _____, a _____ corporation having a place of business at _____ ("Assignee") (each a "Party," and collectively, the "Parties"). Capitalized terms used herein but not otherwise defined herein shall have the meanings set forth in the Purchase Agreement (defined below).

WHEREAS, Assignor is the owner of each of the trademarks (including those which may be entitled to be registered in additional territories), trademark registrations and trademark applications (including any and all goodwill symbolized thereby) set forth on Schedule A hereto, (the "Trademarks"), and any and all copyright subsisting in the subject matter of the Trademarks, including any design or word components (collectively, the "Purchased Intellectual Property");

WHEREAS, Assignor is the registrant of record and owner of each of the Internet domain names (including any and all goodwill symbolized thereby) set forth on Schedule B hereto and the domain name registrations therefor (the "Domain Names");

WHEREAS, the execution and delivery of this Assignment is a condition to Closing.

NOW THEREFORE, for the consideration set forth in the Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Assignment. Effective upon Closing, Assignor hereby assigns to Assignee:

    (a) all of Assignor's right, title and interest in, and good will associated with, the Purchased Intellectual Property and the Domain Names, including all rights therein provided by international conventions and treaties, and the right to sue for past, present and future infringement thereof ("Transferred Rights"); and

    (b) any and all rights to sue at law or in equity for any infringement, imitation, impairment, distortion, dilution or other unauthorized use or conduct in derogation of the Transferred Rights occurring prior to the

                                Closing, including the right to receive all proceeds and damages therefrom;

      (c)      any and all rights to royalties, profits, compensation, license fees or other payments or remuneration of any kind relating to the Transferred Rights arising from and after the date of this Assignment; and

      (d)      any and all rights to obtain renewals, reissues, and extensions of registrations or other legal protections pertaining to the Transferred Rights.

Assignee, its successors and assigns, shall hold the rights to the foregoing for and during the existence of such Transferred Rights, and all renewals, reissues and extensions thereof, as fully and as entirely as the same would have been held and enjoyed by Assignor had this Assignment not been made.

      2.      **Further Assurances.** Assignor shall, at the cost and expense of Assignee, timely execute and deliver any additional documents and perform such additional acts reasonably necessary or desirable to record and perfect the interest of Assignee in and to the Purchased Intellectual Property and the Domain Names, and shall not enter into any agreement in conflict with this Assignment.

      3.      **Governing Law.** This Assignment shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to the conflicts of law rules of such state.

      4.      **Counterparts.** This Assignment may be executed by facsimile in three (3) or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, each Party has caused this Assignment to be executed by its duly authorized representative.

| ASSIGNOR: | ASSIGNOR: |
|---|---|
| By: _____ | By: _____ |
|     Name: |     Name: |
|     Title: |     Title: |

ASSIGNEE:

By: _____
    Name:
    Title:

## SCHEDULE A - TRADEMARKS

## SCHEDULE B – DOMAIN NAMES

| Domain Name | Registering Authority |
| --- | --- |

# INTELLECTUAL PROPERTY AND DOMAIN NAME ASSIGNMENT

This INTELLECTUAL PROPERTY AND DOMAIN NAME ASSIGNMENT (this "Assignment"), effective the ___ day of_____, 200__, is made and entered into by and between _____, a _____, having a place of business at _____; and _____ (enter all owners/sellers of registrations, domain names, applications over seas (except for Canada)), a _____ corporation having offices at _____(collectively "Assignor"), and _____, a _____ corporation ("Assignee") (each a "Party," and collectively, the "Parties"). Capitalized terms used herein but not otherwise defined herein shall have the meanings set forth in the Purchase Agreement (defined below).

WHEREAS, Assignor is the owner of each of the trademarks (including those which may be entitled to be registered in additional territories), trademark registrations and trademark applications (including any and all goodwill symbolized thereby) set forth on Schedule A hereto, (the "Trademarks"), and any and all copyright subsisting in the subject matter of the Trademarks, including any design or word components (collectively, the "Purchased Intellectual Property");

WHEREAS, Assignor is the registrant of record and owner of each of the Internet domain names (including any and all goodwill symbolized thereby) set forth on Schedule B hereto and the domain name registrations therefor (the "Domain Names");

WHEREAS, the execution and delivery of this Assignment is a condition to Closing.

NOW THEREFORE, for the consideration set forth in the Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

    2.     <u>Assignment</u>. Effective upon Closing, Assignor hereby assigns to Assignee:

        (e)     all of Assignor's right, title and interest in, and good will associated with, the Purchased Intellectual Property and the Domain Names, including all rights therein provided by international conventions and treaties, and the right to sue for past, present and future infringement thereof ("Transferred Rights"); and

        (f)     any and all rights to sue at law or in equity for any infringement, imitation, impairment, distortion, dilution or other unauthorized use or conduct in derogation of the Transferred Rights occurring prior to the Closing, including the right to receive all proceeds and damages therefrom;

        (g)     any and all rights to royalties, profits, compensation, license fees or other payments or remuneration of any kind relating to the Transferred Rights arising from and after the date of this Assignment; and

(h) any and all rights to obtain renewals, reissues, and extensions of registrations or other legal protections pertaining to the Transferred Rights.

Assignee, its successors and assigns, shall hold the rights to the foregoing for and during the existence of such Transferred Rights, and all renewals, reissues and extensions thereof, as fully and as entirely as the same would have been held and enjoyed by Assignor had this Assignment not been made.

2. Further Assurances. Assignor shall, at the cost and expense of Assignee, timely execute and deliver any additional documents and perform such additional acts reasonably necessary or desirable to record and perfect the interest of Assignee in and to the Purchased Intellectual Property and the Domain Names, and shall not enter into any agreement in conflict with this Assignment.

3. Governing Law. This Assignment shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to the conflicts of law rules of such state.

4. Counterparts. This Assignment may be by facsimile executed in three (3) or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same agreement.

IN WITNESS WHEREOF, each Party has caused this Assignment to be executed by its duly authorized representative.

ASSIGNOR:                          ASSIGNOR:

By: _____        By: _____
    Name:                              Name:
    Title:                             Title:


ASSIGNEE:

By: _____
    Name:
    Title:

## SCHEDULE A - TRADEMARKS

## SCHEDULE B - DOMAIN NAMES

| Domain Name | Registering Authority |
| --- | --- |