IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
In re: : Chapter 11
 :
GOODY'S, LLC, et al.,[1] : Case No. 09-10124 (CSS)
 :
                Debtors. : Jointly Administered
------------------------------ x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON DECEMBER 28, 2009 AT 11:00 A.M.

### UNCONTESTED MATTER GOING FORWARD:

1. Debtors' Motion for an Order: (I) Approving Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Packages; (B) Approving the Form and Manner of Notice of the Confirmation Hearing; (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (D) Approving Form of Ballot; (D) Establishing Deadline for Receipt of Ballots; and (E) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief [D.I. 980, 12/11/09]

   Related Documents:

   a) Debtors' Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code [D.I. 949, 11/24/09]

   b) Disclosure Statement for the Debtors' Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code dated as of November 24, 2009 [D.I. 950, 11/24/09]

   Response Deadline: December 21, 2009 at 4:00 p.m.
   (extended for the Office of the United States Trustee)

   Responses Received:

   c) Frances Marlow's Limited Objection to Debtors' Disclosure Statement [D.I. 993, 12/21/09]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Goody's, LLC (9573); New SYDOOG LLC (2047); New Trebor of TN, LLC (2157); New GOFAMCLO, LLC (2268); New Goody's Giftco, LLC (2366); New Goody's MS, L.P. (2490); New GFCTX, L.P. (2581); New Goody's IN, L.P. (3191); New GFCTN, L.P. (3266); New GFCGA, L.P. (3366); New Goody's ARDC, L.P. (3486); New Goody's Retail MS, L.P. (3527); New Goody's Holding TN, LLC (3620); and New Goody's TNDC, L.P. (3673). The Debtors' address is 504 Rolling Creek Road, Knoxville, TN 37934.

[2] **Amended items appear in bold.**

## Additional Related Documents:

d) Debtors' First Amended Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code [D.I. 996, 12/23/09]

e) First Amended Disclosure Statement for the Debtors' First Amended Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy dated as of December 23, 2009 [D.I. 997, 12/23/09]

f) Notice of Filing of Debtors' First Amended Plan of Liquidation and Disclosure Statement Thereto [D.I. 998, 12/23/09]

Status: This matter is going forward. The Debtors anticipate making a representation on the record to resolve the Limited Objection of Frances Marlow. The Debtors also intend to file an amended Plan and Disclosure Statement prior to the hearing.

Dated: Wilmington, Delaware
December 23, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ M. Blake Cleary_

M. Blake Cleary (No. 3614)
Margaret Whiteman Greecher (No. 4652)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Counsel for Debtors and Debtors in Possession*