IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOODY'S, LLC, et al.,[1] | ) | Case No. 09-10124 (CSS) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 980, 996, and 997 |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING ORDER:
(I) APPROVING DISCLOSURE STATEMENT; (II) ESTABLISHING
PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES
TO ACCEPT OR REJECT THE PLAN, INCLUDING (A) APPROVING FORM
AND MANNER OF SOLICITATION PACKAGES; (B) APPROVING THE FORM
AND MANNER OF NOTICE OF THE CONFIRMATION HEARING;
(C) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR
DISTRIBUTION OF SOLICITATION PACKAGES; (D) APPROVING FORM OF
BALLOT; (D) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS; AND
(E) APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING
DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION
OF THE PLAN; AND (IV) GRANTING RELATED RELIEF**

On December 11, 2009, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed the:

**DEBTORS' MOTION FOR AN ORDER: (I) APPROVING DISCLOSURE STATEMENT; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN, INCLUDING (A) APPROVING FORM AND MANNER OF SOLICITATION PACKAGES; (B) APPROVING THE FORM AND MANNER OF NOTICE OF THE CONFIRMATION HEARING; (C) ESTABLISHING RECORD DATE AND APPROVING PROCEDURES FOR DISTRIBUTION OF SOLICITATION PACKAGES; (D) APPROVING FORM OF BALLOT; (D) ESTABLISHING DEADLINE FOR RECEIPT OF BALLOTS; AND (E) APPROVING PROCEDURES FOR VOTE TABULATIONS; (III) ESTABLISHING DEADLINE AND PROCEDURES FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; AND (IV) GRANTING RELATED RELIEF [D.I. 980]** (the "Motion").[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Goody's, LLC (9573); New SYDOOG LLC (2047); New Trebor of TN, LLC (2157); New GOFAMCLO, LLC (2268); New Goody's Giftco, LLC (2366); New Goody's MS, L.P. (2490); New GFCTX, L.P. (2581); New Goody's IN, L.P. (3191); New GFCTN, L.P. (3266); New GFCGA, L.P. (3366); New Goody's ARDC, L.P. (3486); New Goody's Retail MS, L.P. (3527); New Goody's Holding TN, LLC (3620); and New Goody's TNDC, L.P. (3673). The Debtor's address is 504 Rolling Creek Road, Knoxville, TN 37934.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

The Court held a hearing on December 28, 2009 (the "Hearing") to consider the Motion and approved the Motion for the reasons set forth on the record at the Hearing. The Debtors have revised the proposed form of order, a copy of which is attached hereto as <u>Exhibit A</u> (the "Revised Order"), as indicated on the record at the Hearing to: (i) reflect the changes in the dates of the Confirmation Hearing and corresponding deadlines and (ii) include cover letters from the Official Committee of Unsecured Creditors to holders of Class 3 Unsecured Claims and WARN Act Counsel to holders of Class 5B WARN Act (Class) Claims, copies of which are attached as Exhibits 2 and 3, respectively, to the Revised Order. A blackline comparison of the Revised Order against the form of order filed with the Motion is attached hereto as <u>Exhibit B.</u>

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
January 6, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

M. Blake Cleary (No. 3614)
Margaret B. Whiteman (No. 4652)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Counsel for Debtors and Debtors in Possession*